UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Sallie Thurber

        v.                              Civil No. 12-cv-245-PB

Bank of New York Mellon

### O R D E R

In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya B. McCafferty, is designated to review the request for injunctive relief submitted by Plaintiff Sallie Thurber and, if necessary, conduct any hearing that may be set.

In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

    SO ORDERED.

June 29, 2012                                  /s/ Paul Barbadoro
                                                        Paul Barbadoro
                                                        United States District Judge

cc:    Sallie Thurber, Pro Se